UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-CR-126 JD |
| | ) | |
| RICHARD HODGES | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon

a plea of guilty issued on January 28, 2013 [DE 19].  Accordingly, the court now ADOPTS those

findings and recommendations, ACCEPTS defendant Richard Hodges' plea of guilty, and FINDS

the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 641.

SO ORDERED.

ENTERED:  February 15, 2013

                                   /s/ JON E. DEGUILIO
                                   Judge
                                   United States District Court